No. 371.  COMMISSIONER OF INTERNAL REVENUE *v.* SMITH.  April 9, 1945.  Order entered amending opinion. Opinion reported as amended, *ante,* p. 177.

No. —.  EX PARTE MARY A. RUTHVEN.  April 9, 1945. The motion for leave to file a petition for a writ of habeas corpus is denied.

No. —.  EX PARTE STANLEY B. PEPLOWSKI.  April 9, 1945.  The motion for leave to file petition for writs of habeas corpus and mandamus is denied.

No. —.  KELLY *v.* SWYGERT, JUDGE.  April 9, 1945. The petition for writ of mandate is denied.

Nos. 561 and 592.  VINSON, ECONOMIC STABILIZATION DIRECTOR, BY BOWLES, PRICE ADMINISTRATOR, *v.* UNITED STATES ET AL.  April 9, 1945.  Davis, present Economic Stabilization Director, substituted for Vinson.